UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FURNISHED QUARTERS LLC,

    Plaintiff,

  - against -

THE ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

      Defendant.

___-CV-_____

**RULE 7.1 DISCLOSURE
STATEMENT**

The St. Paul Fire and Marine Insurance Company is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: New York, New York
   March 20, 2008



MAR 2 0 2008
U.S. ... C.S.
CASHIERS

LAZARE POTTER GIACOVAS
& KRANJAC LLP

By: _____
  Stephen M. Lazare (SL-2243)
  Marci Goldstein (MDG-1951)
950 Third Avenue
New York, New York 10022
(212) 758-9300
slazare@lpgk.com
mgoldstein@lpgk.com
Attorneys for Defendant The St. Paul Fire
and Marine Insurance Company

TO:

  RUBIN FIORELLA & FRIEDMAN LLP
  Paul Kovner, Esq.
  292 Madison Avenue, 11th Floor
  New York, New York 10017
  (212) 953-2381
  *Attorneys for Plaintiff*