UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FURNISHED QUARTERS LLC,

                Plaintiff,                08-CV- 2919 (LAP)(FM)

- against -                          **CERTIFICATE OF SERVICE**

THE ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

                Defendant.

      I, Marci Goldstein, declare, that on March 21, 2008, I caused to be served via Federal Express, a true and correct copy of Defendant's **Notice of Filing Notice of Removal**, **Notice of Removal**, **Rule 7.1 Disclosure Statement**, **Civil Cover Sheet, Individual Practices of Magistrate Judge Maas, Individual Practices of Judge Loretta A. Preska, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, USDC/SDNY Guidelines for Electronic Case Filing** upon:

      RUBIN FIORELLA & FRIEDMAN LLP
      Paul Kovner, Esq.
      292 Madison Avenue, 11th Floor
      New York, New York 10017
      (212) 953-2381
      *Attorneys for Plaintiff*

      On March 21, 2008, I caused to be served via Hand Delivery, a true and correct copy of Defendant's **Notice of Filing Notice of Removal** upon:

      CLERK OF THE COURT, NEW YORK COUNTY
      Supreme Court Building
      60 Centre Street, Rm 161
      New York, NY 10007

      I declare under penalty of perjury that all of the statements made in this "Certificate of Service" are true and correct.

      This certificate was executed on March 24, 2008 at New York, New York.

2

LAZARE POTTER GIACOVAS
& KRANJAC LLP

By:   s/Marci Goldstein
        Stephen M. Lazare (SL-2243)
        Marci Goldstein (MDG-1951)
950 Third Avenue
New York, New York 10022
(212) 758-9300
slazare@lpgk.com
mgoldstein@lpgk.com
Attorneys for Defendant The St. Paul Fire and Marine Insurance Company

2