# LAZARE POTTER GIACOVAS & KRANJAC LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgk.com

WRITER'S EMAIL
mgoldstein@lpgk.com

WRITER'S DIRECT DIAL
(212) 784-2411

March 25, 2008

*Via Facsimile*
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
(212) 805-7941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

Re:   Furnished Quarters LLC v. The St. Paul Fire and Marine Insurance Company
      Case Number: 08-CV-2919 (LAP) (FM)

Dear Judge Preska:

This firm represents the defendant sued herein as The St. Paul Fire and Marine Insurance Company ("St. Paul") in the above-referenced action. We are writing to request an extension of time to April 28, 2008 to respond to the complaint herein. Plaintiff has consented to the adjournment. St. Paul's answer is currently due by March 27, 2008. There have been no prior requests for an extension of time.

Thank you for your consideration. Please contact the undersigned with any questions.

Very truly yours,

Marci Goldstein

cc:   *Via Facsimile*
      Paul Kovner, Esq.
      Rubin, Fiorella & Friedman LLP
      292 Madison Avenue, 11th floor
      New York, New York 10017
      (212) 953-2462

So ordered: *Loretta A. Preska*

March 28, 2008