UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FURNISHED QUARTERS LLC,

                Plaintiff,

- against -

THE ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

                Defendant.

__-CV-_____

**RULE 7.1 DISCLOSURE STATEMENT**

    The St. Paul Fire and Marine Insurance Company is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: New York, New York
       March 20, 2008

                                      LAZARE POTTER GIACOVAS
                                      & KRANJAC LLP

                                      By: _____
                                           Stephen M. Lazare (SL-2243)
                                           Marci Goldstein (MDG-1951)
                                      950 Third Avenue
                                      New York, New York 10022
                                      (212) 758-9300
                                      slazare@lpgk.com
                                      mgoldstein@lpgk.com
                                      Attorneys for Defendant The St. Paul Fire and Marine Insurance Company

TO:

    RUBIN FIORELLA & FRIEDMAN LLP
    Paul Kovner, Esq.
    292 Madison Avenue, 11th Floor
    New York, New York 10017
    (212) 953-2381
    *Attorneys for Plaintiff*