```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FURNISHED QUARTERS LLC,                     :     08 CV 2919 (LAP)
                                            :
                      Plaintiff,            :     ORDER
                                            :
       v.                                   :
                                            :
THE ST. PAUL FIRE AND MARINE                :
INSURANCE COMPANY,                          :
                                            :
                      Defendant.            :
                                            :
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

On June 23, 2008, for the second time, plaintiff's counsel failed to appear for a scheduled pretrial conference.

Counsel for both sides shall confer and inform the Court by letter no later than June 30, 2008 of the proposed plan for discovery and other dates toward resolution of this action. Failure by plaintiff's counsel to confer and submit the proposed plan may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED:

Dated: June 23, 2008

                                            _____
                                            LORETTA A. PRESKA, U.S.D.J.

08CV2919ORDER