Paul Kovner (PK 7448)
RUBIN FIORELLA & FRIEDMAN, LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

FURNISHED QUARTERS, LLC,

                      Plaintiff,

-against-

THE ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

                      Defendants.

Civil No. 08-CV-2919(LAP)(FM)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE**, that plaintiff, Furnished Quarters, LLC, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said plaintiff and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       June 25, 2008

                                        **RUBIN, FIORELLA & FRIEDMAN, LLP**

                              By: _____
                                  Paul Kovner (PK 7448)
                                  *Attorneys for Plaintiff*
                                  292 Madison Avenue, 11th Floor
                                  New York, New York 10017
                                  (212) 953-2381

TO:   LAZARE POTTER GIACOVAS & KRANJAC LLP
        Attorneys for Defendant
        ST. PAUL FIRE AND MARINE INSURANCE

COMPANY
950 Third Avenue
New York, New York 10022
(212) 759-9300